**SOUTHEASTERN REPROGRAPHICS, INC., Now Known as the Davey Resource Group, Respondent**

v.

**BUREAU OF PROFESSIONAL AND OCCUPATIONAL AFFAIRS, The State Registration Board for Professional Engineers, Land Surveyors and Geologists, Petitioner**

No. 437 MAL 2016

Supreme Court of Pennsylvania.

December 21, 2016

## ORDER

PER CURIAM

AND NOW, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**

**Kevin JOHNSON, Petitioner**

v.

**PENNSYLVANIA BOARD OF PROBATION AND PAROLE, Respondent**

No. 536 MAL 2016

Supreme Court of Pennsylvania.

December 21, 2016

## ORDER

PER CURIAM

AND NOW, this 21st day of December, 2016, the Petition for Allowance of Appeal is **DENIED.**